Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Alfred De Marios, pro se.* No appearance for respondent.

No. 540. Ross *v.* WILSON, WARDEN. January 3, 1939. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Joseph Ross, pro se.* No appearance for respondent.

No. 467. MARKET STREET RAILWAY CO. *v.* SAN FRANCISCO ET AL. January 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William M. Abbott* for petitioner. *Messrs. John J. O'Toole, Henry Heidelberg, George Olshausen,* and *Joseph C. Sharp* for respondents.

No. 470. GLICK ET AL. *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. January 3, 1939. Petition for writ of certiorari to the Superior Court of California, Appellate Department, denied. *Mr. Clayton L. Howland* for petitioners. *Mr. Hugo A. Steinmeyer* for respondent.

No. 480. W. E. HEDGER TRANSPORTATION CORP. *v.* JAMES RICHARDSON & SONS. January 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace T. Atkins* for petitioner. *Mr. Henry E. Otto* for respondent.